Morey, Respondent, vs. Racine County, Appellant.

*March 1 — March 22, 1898.*

*Wentworth v. Racine Co., ante,* p. 26, followed.

Appeal from a judgment of the circuit court for Racine county: Frank M. Fish, Circuit Judge. *Reversed.*

*Peter B. Nelson,* for the appellant.

*John T. Wentworth,* for the respondent.

The cause was submitted and decided with the preceding case.

Kohler vs. West Side R. Co.

MARSHALL, J.   This was an action to recover of the defendant an amount claimed to be due for justice's fees.   The plaintiff claimed fees according to the general statutes on the subject.   The county board allowed fees in accordance with a regulation made by it pursuant to ch. 250, Laws of 1895.   On appeal to the circuit court it was decided that the county regulation was void, and judgment in favor of the plaintiff for the amount disallowed by the board was thereupon rendered.   Only the question of the validity of the aforesaid regulation is involved on this appeal.

The case is ruled by the decision in *Wentworth v. Racine County, ante,* p. 26.

*By the Court.*— The judgment of the circuit court is reversed, and the cause remanded with directions to render judgment in favor of the defendant for costs.